UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Marvin Lorenzo Haskins            Docket No. 7:05-CR-6-1F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marvin Lorenzo Haskins who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922 (g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on October 19, 2005, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 8, 2007, pursuant to a Rule 35 Motion, the original imprisonment sentence of 180 months was reduced to 135 months.

Marvin Lorenzo Haskins was released from custody on November 10, 2014, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 7, 2015, the releasee submitted to a urine screen which revealed positive results for cocaine. Upon questioning, the releasee admitted to going to a family gathering and using cocaine. He apologized for using an illegal drug and stated that he knew he should not have been around certain family members because they use illegal substances. He stated he would not do it again. He was admonished for his poor judgment and told that he would benefit from participating in a cognitive behavioral treatment (CBT) group. The releasee agreed to modify his conditions to include participation in CBT. The releasee is currently participating in both mental health and substance abuse individual counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

      The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Marvin Lorenzo Haskins
Docket No. 7:05-CR-6-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the foregoing is true and correct.
/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: April 21, 2015

## ORDER OF THE COURT

Considered and ordered this 22 day of April, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Fox
Senior U.S. District Judge