UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Marvin Lorenzo Haskins                      Docket No. 7:05-CR-6-1F

Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marvin Lorenzo Haskins who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922 (g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on October 19, 2005, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 8, 2007, pursuant to a Rule 35 Motion, the original imprisonment sentence of 180 months was reduced to 135 months.

Marvin Lorenzo Haskins was released from custody on November 10, 2014, at which time the term of supervised release commenced.

On April 22, 2015, the court modified the releasee's conditions to include participation in a CBT program, in response to his admission to using cocaine and his positive urine screen on April 7, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 20, 2015, the releasee submitted to a urine screen which revealed positive results for cocaine. Upon questioning the releasee, he admitted to using cocaine again with his uncle. He apologized and stated he was not going to associate with his uncle or anyone that uses illegal drugs. The releasee began participating in the Moral Reconation Therapy group and his substance abuse treatment has been intensified. The releasee has been warned that continual use of cocaine will result in a revocation hearing. It is recommended that the releasee serve 2 days in jail as a sanction for his cocaine use and as a deterrent from future drug use.

The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all the rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                                 I declare under penalty of perjury that the foregoing
                                                 is true and correct.
                                                 /s/ Pamela O. Thornton
                                                 Pamela O. Thornton
                                                 Senior U.S. Probation Officer
                                                 2 Princess Street Suite 308
                                                 Wilmington, NC 28401-3958
                                                 Phone: 910-679-2048
                                                 Executed On: April 30, 2015

Marvin Lorenzo Haskins
Docket No. 7:05-CR-6-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____5____ day of ____May____, 2015 and ordered filed and made a part of the records in the above case.

_____/s/ James C. Fox_____
James C. Fox
Senior U.S. District Judge