## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
## Southern Division

**U.S.A. vs. Marvin Lorenzo Haskins**  Docket No. 7:05-CR-6-1F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marvin Lorenzo Haskins who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on October 19, 2005, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 8, 2007, pursuant to a Rule 35 Motion, the original imprisonment sentence of 180 months was reduced to 135 months.

Marvin Lorenzo Haskins was released from custody on November 10, 2014, at which time the term of supervised release commenced.

On April 22, 2015, the court modified the releasee's conditions to include participation in a CBT program, in response to his admission to using cocaine and his positive urine screen on April 7, 2015.

On May 5, 2015, the court modified the releasee's conditions to include a special condition that he serve two days in jail as a sanction for his admission to using cocaine and his positive urine screen on April 20, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 11, 2015, the releasee submitted to a urine screen which revealed positive results for cocaine. Upon questioning the releasee, he admitted to using cocaine again with some family members. He stated that he thought he could resist using cocaine, but when he saw a family member using he gave in to the urge himself. He stated that he is very upset with himself and has been trying to abstain from using drugs. The releasee is participating in the Moral Reconation Therapy group on Thursdays at the probation office and in the Intensive Outpatient Treatment Program (IOP) at the treatment facility. IOP treatment consists of 3 days a week for 3 hours a day group therapy, as well as individual sessions.

It is recommended that the releasee be placed on home detention for 90 days to monitor his whereabouts and serve as a sanction for his cocaine use. Placement on the home detention program will restrict the releasee from hanging out with certain negative influences.

The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

Marvin Lorenzo Haskins
Docket No. 7:05-CR-6-1F
Petition For Action
Page 2

The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: May 19, 2015

### ORDER OF THE COURT

Considered and ordered this 20 day of May, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge