PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Marvin Lorenzo Haskins                                    Docket No. 7:05-CR-6-1 F

Petition for Action on Conditions of Pretrial Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Marvin Lorenzo Haskins, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 4th day of May, 2016

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Haskins appeared on May 4, 2016, on a warrant issued for violation of supervised release. He was released on pretrial release to the existing conditions of his supervised release pending his revocation hearing scheduled for June 10, 2016. On May 19, 2016, Haskins reported to the probation office and admitted to using alcohol and cocaine on May 18, 2016.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be held to determine if the defendant's release should be revoked.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                 is true and correct.

/s/ Robert L. Thornton                           /s/ Erik J. Graf
Robert L. Thornton                               Erik J. Graf
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 2 Princess Street, Suite 308,
                                                 Wilmington, NC 28401-3958
                                                 Phone: 910-679-2031
                                                 Executed On: May 20, 2016

ORDER OF THE COURT

Considered and ordered the 20 day of May, 2016, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge