IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:05-CR-6-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARVIN LORENZO HASKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court on the government's petition seeking action on Defendant's release conditions pending a hearing on the Government's motion to revoke Defendant's supervised release before the District Court. [DE-86]. The court held a hearing on the petition on May 20, 2016. In support of its petition the government made a proffer by United States Pretrial Services Officer Erik Graf. Defendant presented argument to the court and through his counsel.

Having considered the showing of both parties, the court finds Defendant has failed to establish by clear and convincing evidence that he will not pose a danger to the community as required, based on the following principal findings and reasons: (1) the strength of the government's case, (2) earlier action by the court with respect to Defendant's release conditions, (3) the lack of a viable release plan including a third-party custodian and (4) other findings and reasons stated in open court.

Accordingly, Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel.

On order of the United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

So ordered, the 20th day of May 2016.

Robert B. Jones, Jr.
United States Magistrate Judge