UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Marvin Lorenzo Haskins**　　　　　　　　　　　　　　　　**Docket No. 7:05-CR-6-1BO**

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marvin Lorenzo Haskins, who upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on October 19, 2005, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Marvin Lorenzo Haskins was released from custody on November 10, 2014, at which time the term of supervised release commenced.

On April 22, 2015, the court modified Haskins conditions to included participation in a Cognitive Behavioral Therapy program, in response to his admission to using cocaine and his positive urine screen on April 7, 2015.

On May 5, 2015, the court modified Haskins conditions to include that he be confined to the Bureau of Prisons for a period of 2 days in response to his admission to using cocaine and his positive urine screen on April 20, 2015.

On May 20, 2015, the court modified Haskins conditions to include 90 days home detention in response to his admission to using cocaine and his positive urine screen on May 11, 2015.

On June 10, 2016, the court revoked Haskins supervised release term due to incurring multiple positive urinalysis tests. He was sentenced to 14 months custody in the United States Bureau of Prisons with a term of 46 months supervised release to follow.

On May 24, 2017, Haskins was released from custody at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Haskins tested positive for cocaine on July 5, 2017.

As noted, Haskins has an extensive history of drug use and abuse which led to his last revocation. As this is his first positive urinalysis during this period of supervised release, and considering his history, the probation office is increasing his drug testing to the maximum level under the Surprise Urinalysis Program. He is currently in individual treatment; however, he has been re-enrolled in the Intensive Outpatient Program (IOP) for substance abuse treatment with Coastal Horizons, Inc., in Wilmington, North Carolina. Further, the probation office recommends the DROPS program be instituted to provide a deterrent to future drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Marvin Lorenzo Haskins
Docket No. 7:05-CR-6-1BO
Petition For Action
Page 2

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: July 27, 2017

## ORDER OF THE COURT

Considered and ordered this __27__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge